**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | : | CIVIL NO. 3:22-CV-00780 |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| SNAPMEDTECH, INC., | : | |
| | : | |
| Defendant. | : | JUNE 16, 2022 |

**NATIONAL LIABILITY & FIRE INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff National Liability & Fire Insurance Company ("NL&F"), by its undersigned counsel, hereby states as follows:

NL&F is a wholly owned subsidiary of Berkshire Hathaway Inc. (NYSE: BRK/A).

PLAINTIFF,
NATIONAL LIABILITY & FIRE INSURANCE
COMPANY

By: _/s/ Daniel L. FitzMaurice_
        Daniel L. FitzMaurice
        Day Pitney LLP
        242 Trumbull Street
        Hartford, Ct. 06103
        Telephone:  (860) 275-0100
        Facsimile: (860) 275-0343
        Its Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above will immediately be delivered electronically to all counsel of record as follows:

Amanda Thompson
SnapMedTech, Inc.
1201 Peachtree Street NE
Building 400, Suite 1800
Atlanta, GA 30361
amanda.thompson@snapnurse.com

<u>/s/ Daniel L. FitzMaurice</u>
Daniel L. FitzMaurice