UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>SNAPMEDTECH, INC.,<br><br>　　　　　　　　Defendant. | : CIVIL ACTION NO.<br>:<br>: 3:22-CV-00780-OAW<br>:<br>:<br>:<br>:<br>:<br>:<br>: SEPTEMBER 18, 2023 |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

　　The parties, Plaintiff National Liability & Fire Insurance Company ("NL&F") and Defendant SnapMedTech, Inc. ("SnapMed") by and through their undersigned counsel, hereby respectfully move for a modification of the Scheduling Order (ECF 41, 52) in this action to extend the completion of discovery and dispositive motion deadlines as follows:

| Action | Current Deadline | Requested Deadline |
|---|---|---|
| **Disclosure of Defendant's Experts** | July 14, 2023 | September 29, 2023 |
| **Depositions of Defendant's Experts** | August 4, 2023 | October 20, 2023 |
| **Disclosure of Plaintiff's Rebuttal Experts (if necessary)** | August 18, 2023 | November 3, 2023[1] |
| **Depositions of Plaintiff's Rebuttal Experts (if necessary)** | September 8, 2023 | November 17, 2023 |
| **Completion of Discovery** | September 22, 2023 | November 17, 2023 |
| **Dispositive Motions** | October 22, 2023 | December 22, 2023 |

---

　　[1] NL&F does not anticipate calling any experts at trial because it does not believe experts are necessary. Nevertheless, in the event that SnapMed discloses an expert, NL&F requests the opportunity to offer a rebuttal expert.

Good cause exists for an extension of these discovery and dispositive motion deadlines. The principal reason for moving the deadlines arise from the parties' desire to schedule a settlement conference with the Court, and, hopefully, resolve this matter without the need for depositions and dispositive motions. The parties will file a request for a referral for a settlement conference contemporaneously with the filing of this Motion.

In support of this Joint Motion, the parties submit the following:

1. NL&F filed the above-captioned lawsuit on June 16, 2022.

2. On December 2, 2022, the parties submitted their first Motion to Modify the Scheduling Order (ECF 27), which the Court granted on December 5, 2022. (ECF 28.)

3. On May 23, 2023, the Court extended the deadline for the completion of discovery to June 7, 2023. (ECF 36.)

4. On June 15, 2023, the parties submitted their second Motion to Modify the Scheduling Order (ECF 40), which the Court granted on June 16, 2023. (ECF 41.)

5. On July 7, 2023, NL&F submitted its damages analysis to SnapMed.

6. On July 11, 2023, NL&F's counsel provided SnapMed's counsel with a copy of the audits for the two Workers' Compensation and Employer's Liability insurance policies at issue in this matter.

7. On July 25, 2023, the Court held a hearing on NL&F's Motion to Compel. (ECF 31). Following the hearing, the Court extended the deadline for the completion of discovery to September 22, 2023 and the deadline to file motions for summary judgment to October 22, 2023. (ECF 52.)

8. On July 25, 2023, NL&F's counsel provided SnapMed's counsel with final billing statements for the two policies and additional documents related to the audits on the two policies.

9. On August 11, 2023, NL&F filed a Motion for Prejudgment Remedy (ECF 53) and Motion for Disclosure of Assets. (ECF 57.) A Prejudgment Remedy Hearing currently is scheduled for October 3, 2023 in New Haven.

10. On September 13, 2023, SnapMed's counsel indicated that SnapMed expects to complete its review of the audits the week of September 18, 2023.

The parties believe that a settlement conference will be productive. The parties have completed document production, NL&F has provided SnapMed with copies of the audits for the two policies, and SnapMed has had a chance to review them. In order to potentially save the costs of depositions and motions for summary judgment, the parties desire to focus on resolving this matter prior to trial through a settlement conference with the Court. The requested modification of the Scheduling Order will not prejudice any party or cause unreasonable delay, and allows for the potential early resolution of this matter.[2] This is the parties' third request for an extension of time to modify the Scheduling Order.

WHEREFORE, the parties respectfully request that the Court grant this Motion to Modify the Scheduling Order.

---

[2] Depending on when the settlement conference with the Court is scheduled, the parties may need to seek another short extension of time to complete depositions.

-4-

| | |
|---|---|
| **PLAINTIFF,**<br>**NATIONAL LIABILITY & FIRE**<br>**INSURANCE COMPANY** | **DEFENDANT,**<br>**SNAPMEDTECH, INC.** |
| By  /s Daniel L. FitzMaurice<br>   Daniel L. FitzMaurice (ct05331)<br>   Catherine A. DeLanzo (ct31323)<br>   Day Pitney LLP<br>   242 Trumbull Street<br>   Hartford, CT 06103<br>   (860) 275-0100<br>   (860) 275-0343 (fax)<br>   dlfitzmaurice@daypitney.com<br>   cdelanzo@daypitney.com<br><br>   *Attorneys for National Liability & Fire Insurance Company* | By  /s/ Jonathan M. Shapiro<br>   Jonathan M. Shapiro (ct24075)<br>   Aeton Law Partners LLP<br>   311 Centerpoint Drive<br>   Middletown, CT 06457<br>   (860) 724-2160<br>   (860) 724-2161 (fax)<br>   jms@aetonlaw.com<br><br>   *Attorney for SnapMedTech, Inc.* |

-5-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                 */s/ Daniel L. FitzMaurice*
                                                 Daniel L. FitzMaurice