UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>SNAPMEDTECH, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:22-CV-00780-OAW<br><br><br><br><br><br>SEPTEMBER 27, 2023 |

## JOINT STATUS REPORT

Pursuant to Judge Spector's September 22, 2023 Order, Plaintiff National Liability & Fire Insurance Company ("NL&F") and Defendant SnapMedTech, Inc. ("SnapMed") hereby notify the Court that NL&F does not intend to move forward with the Prejudgment Remedy Hearing as currently scheduled for October 3, 2023. The parties further state that they already have contacted the Hartford Clerk's Office to inquire about Judge Martinez's availability to hold a settlement conference, but do not yet have a date for a settlement conference. The parties respectfully request that the Court permit them to file another joint status report proposing alternative dates for the Prejudgment Remedy Hearing once they have a date for the settlement conference. NL&F represents that, assuming the parties are able to schedule a settlement conference with the Court for some time by early November, the parties will propose alternative dates for after the parties' scheduled settlement conference.

| PLAINTIFF,<br>NATIONAL LIABILITY & FIRE<br>INSURANCE COMPANY | DEFENDANT,<br>SNAPMEDTECH, INC. |
|---|---|
| By  /s Daniel L. FitzMaurice<br>　　Daniel L. FitzMaurice (ct05331)<br>　　Catherine A. DeLanzo (ct31323)<br>　　Day Pitney LLP<br>　　242 Trumbull Street<br>　　Hartford, CT 06103<br>　　(860) 275-0100<br>　　(860) 275-0343 (fax)<br>　　dlfitzmaurice@daypitney.com<br>　　cdelanzo@daypitney.com<br><br>　　*Attorneys for National Liability & Fire Insurance Company* | By  /s/ Jonathan M. Shapiro<br>　　Jonathan M. Shapiro (ct24075)<br>　　Aeton Law Partners LLP<br>　　311 Centerpoint Drive<br>　　Middletown, CT 06457<br>　　(860) 724-2160<br>　　(860) 724-2161 (fax)<br>　　jms@aetonlaw.com<br><br>　　*Attorney for SnapMedTech, Inc.* |

## CERTIFICATE OF SERVICE

　　I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　 */s/ Catherine A. DeLanzo*
　　　　　　　　　　　　　　　　　　　　Catherine A. DeLanzo