UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>SNAPMEDTECH, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:22-CV-00780-OAW<br><br><br><br><br><br>OCTOBER 11, 2023 |

## JOINT STATUS REPORT

Pursuant to Judge Spector's September 27, 2023 Order, Plaintiff National Liability & Fire Insurance Company ("NL&F") and Defendant SnapMedTech, Inc. ("SnapMed") hereby notify the Court that a date for the settlement conference has not yet been set. On October 4, 2023, Judge Martinez ordered the parties to provide three agreed-upon proposed dates when counsel and the parties (or their representatives with settlement authority) are available. (ECF 74.) Counsel for NL&F and SnapMed have conferred both with each other and their respective clients, but, so far, have only been able to identify one date during which counsel and the parties all are available. The parties proposed November 3, 2023 as a possible date for the settlement conference, and still are conferring to identify two additional proposed dates for Judge Martinez. The parties anticipate proposing dates for some time later in November.

In the event the case does not settle, NL&F intends to move forward with the Prejudgment Remedy Hearing. The parties generally are available the week of December 4, 2023 for the hearing, and respectfully propose the following three dates: (1) December 5, 2023; (2) December 6, 2023; and (3) December 8, 2023.

| PLAINTIFF,<br>NATIONAL LIABILITY & FIRE<br>INSURANCE COMPANY | DEFENDANT,<br>SNAPMEDTECH, INC. |
|---|---|
| By  /s Daniel L. FitzMaurice<br>    Daniel L. FitzMaurice (ct05331)<br>    Catherine A. DeLanzo (ct31323)<br>    Day Pitney LLP<br>    242 Trumbull Street<br>    Hartford, CT 06103<br>    (860) 275-0100<br>    (860) 275-0343 (fax)<br>    dlfitzmaurice@daypitney.com<br>    cdelanzo@daypitney.com<br><br>*Attorneys for National Liability & Fire Insurance Company* | By  /s/ Jonathan M. Shapiro<br>    Jonathan M. Shapiro (ct24075)<br>    Aeton Law Partners LLP<br>    311 Centerpoint Drive<br>    Middletown, CT 06457<br>    (860) 724-2160<br>    (860) 724-2161 (fax)<br>    jms@aetonlaw.com<br><br>*Attorney for SnapMedTech, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

       /s/ Catherine A. DeLanzo
      Catherine A. DeLanzo