## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | : CIVIL ACTION NO. :<br>: 3:22-CV-00780-OAW |
| Plaintiff, | : |
| v. | : |
| SNAPMEDTECH, INC., | : |
| Defendant. | : DECEMBER 29, 2023 |

## **NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff National Liability & Fire Insurance Company hereby dismisses the above-captioned action on account of a settlement between the parties. Defendant SnapMedTech, Inc. has neither answered the complaint nor filed a motion for summary judgment. The dismissal is with prejudice, without costs or attorney's fees awarded to either party.

-2-

                    **PLAINTIFF,**
                    **NATIONAL LIABILITY & FIRE**
                    **INSURANCE COMPANY**

By  */s Daniel L. FitzMaurice*
      Daniel L. FitzMaurice (ct05331)
      Catherine A. DeLanzo (ct31323)
      Day Pitney LLP
      225 Asylum Street
      Hartford, CT 06103
      (860) 275-0100
      (860) 275-0343 (fax)
      dlfitzmaurice@daypitney.com
      cdelanzo@daypitney.com

      *Attorneys for National Liability & Fire Insurance Company*

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                          */s/ Catherine A. DeLanzo*
                                          Catherine A. DeLanzo